AMOS M. BUKER et al., in their own Behalf, etc., Appellants,
· v. THE LEIGHTON LEA ASSOCIATION, Respondent.

*Buker* v. *Leighton Lea Association*, 18 App. Div. 548, reversed.
(Argued May 18, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1897, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term.

*George D. Reed* for appellants.

*William F. Cogswell* for respondent.

Judgment reversed and new trial granted, costs to · abide the event; no opinion.

· PARKER, Ch. J., O'BRIEN, MARTIN and LANDON, JJ., concur in reversal upon opinion of FOLLETT, J., in court below. O'BRIEN and LANDON, JJ., think that the evidence does not support the finding that the first articles of association of the defendant were amended, and therefore that the acts of the defendant, under the assumed amendment, purporting to forfeit the stock of the plaintiffs were invalid, and that equity requires defendant to reimburse the plaintiffs the amount of their respective payments upon the shares of stock subscribed for by them.

GRAY, J., dissents; HAIGHT, J., not voting, and WERNER, J., not sitting.